OSCN Found Document:IN RE: ENROLLMENT OF REGISTERED COURTROOM INTERPRETERS AND CERTIFIED SIGN LANGUAGE INTERPRETERS

 

 
 

 
 IN RE: ENROLLMENT OF REGISTERED COURTROOM INTERPRETERS AND CERTIFIED SIGN LANGUAGE INTERPRETERS
2021 OK 64
Decided: 12/06/2021
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2021 OK 64, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

IN RE: ENROLLMENT OF REGISTERED COURTROOM INTERPRETERS AND CERTIFIED SIGN LANGUAGE INTERPRETERS
ORDER
The State Board of Examiners of Certified Courtroom Interpreters ("the Board") reports that the following named persons have applied to be enrolled as a Registered Courtroom Interpreter and have satisfied the requirements for enrollment set forth in Rule 5 of the Rules of the State Board of Examiners of Certified Courtroom Interpreters, Title 20, Chapter 23, App. II. The Board recommends that the named persons be enrolled as a Registered Courtroom Interpreter in the State of Oklahoma in the designated language(s):

Jacqueline Chavez

Spanish

Josue Chavez

Spanish

Angelica Herrera

Spanish

Jingwen Liu

Mandarin

Manuel Munoz-Maldonado

Spanish

Cynthia Trejo

Spanish
The Board also reports that the following named persons have applied to be enrolled as a Certified Sign Language Interpreter and have satisfied the requirements for enrollment set forth in Rule 12 of the Rules of the State Board of Examiners of Certified Courtroom Interpreters, Title 20, Chapter 23, App. II. The Board recommends that the named persons be enrolled as a Certified Sign Language Interpreter in the State of Oklahoma:

Kimberly Duncan

Sign Language

Nicole Wilberding

Sign Language

Daniel Woodall

Sign Language

Rebecca Woodall

Sign Language
Having satisfied the requirements set forth in Rule 5 and Rule 12 respectively, of the Rules of the State Board of Examiners of Certified Courtroom Interpreters, Title 20, Chapter 23, App. II, and having been recommended by the Board, the above named interpreters are hereby granted enrollment as Registered Courtroom Interpreters and Certified Sign Language Interpreters.
DONE BY ORDER OF THE SUPREME COURT this 6th day of December, 2021.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.